# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

U.S.A. vs. **Sharyce N. Evans**  Docket No. 2:03CR20421-01

### Petition on Probation and Supervised Release

FILED BY _____ D.C.

05 DEC -5 AM 7: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**COMES NOW** Christy J. Henson, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Sharyce N. Evans, who was placed on supervision by the Honorable Samuel H. Mays, Jr. sitting in the Court at Memphis, TN, on the 30th day of April, 2004, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office.
2. The defendant shall provide the Probation Office access to any requested financial information.
3. The defendant shall notify the Court and the U.S. Attorney of any material change in economic circumstances that might affect the defendant's ability to pay restitution.
4. The defendant shall provide Third Party Risk notification.
5. The defendant shall pay restitution in regular monthly installments in the amount of ten percent (10%) of gross income from all sources. Interest requirement is waived
6. The defendant shall pay restitution in the amount of Twenty Six Thousand One Hundred Ninety Five Dollars and Thirty-Three Cents. ($26,195.33) [Balance: $22,813.33]

\* Term of Supervised Release Began: April 30, 2004

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Sharyce N. Evans fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. She has made progressive strides towards achieving supervision objectives and appears to pose no risk to public safety. Ms. Evans has made payments totaling $3,381.38 towards her Court ordered restitution obligation leaving an outstanding balance of $22,813.33. Carroll Andre, Assistant United States Attorney, takes no position to the defendant being released from supervision early. Telicia Taylor, of the U.S. Attorney Office/Financial Litigation Unit was contacted and agreed to continued collection of Ms. Evans' indebtedness at 10% of her gross earnings. Ms. Taylor also informed Ms. Evans her payments will increase based upon her earnings.

**PRAYING THAT THE COURT WILL ORDER** that Sharyce N. Evans be allowed to end her term of supervision early with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

### ORDER OF COURT

Considered and ordered this 2d day
Dec, 20 05, and ordered filed and
made a part of the records in the above case.

_____
United States District Judge

Respectfully,

Christy J. Henson
United States Probation Officer

Place: Memphis, TN

Date: November 29, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-9-05

30

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:03-CR-20421 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT